IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Craig R. Brittain, et al., | No. CV-18-02366-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Doug Ducey, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff Craig R. Brittain's Motion for Reconsideration and Motion for Extension of Time (Doc. 8). Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Reconsideration is denied and the Motion for Extension of Time is granted. Plaintiff shall have to and including **September 11, 2018** in which to file an amended complaint as specified in the Court's Order (Doc. 7); meaning as to Counts one and two of the Complaint. Count three was dismissed without leave to amend.

Dated this 4th day of September, 2018.

_____
Honorable G. Murray Snow
Chief United States District Judge