UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 16 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRAIG R. BRITTAIN, an individual and U.S. Senate candidate in Arizona in in the 2018 Federal Elections,<br><br>        Plaintiff - Appellant,<br><br> and<br><br>BRITTAIN FOR U.S. SENATE, a principal campaign committee,<br><br>        Plaintiff,<br><br>  v.<br><br>DOUG DUCEY, Governor of the State of Arizona, in his official/public capacity only and MICHELE REAGAN, Secretary of State for Arizona, in her official/public capacity only,<br><br>        Defendants - Appellees. | No. 18-16932<br><br>D.C. No. 2:18-cv-02366-GMS<br>U.S. District Court for Arizona, Phoenix<br><br>**REFERRAL NOTICE** |

This matter is referred to the district court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).

If the district court elects to revoke in forma pauperis status, the district court is requested to notify this court and the parties of such determination within 21 days

of the date of this referral. If the district court does not revoke in forma pauperis status, such status will continue automatically for this appeal pursuant to Fed. R. App. P. 24(a).

This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7