# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Craig R. Brittain, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>Doug Ducey, et al.,<br><br>      Defendants. | No. CV-18-02366-PHX-GMS<br><br>**ORDER** |

The Ninth Circuit Court of Appeals has referred the case to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal or whether the appeal is frivolous or taken in bad faith (Doc. 15). For the reasons discussed in this Court's Orders (Docs. 7, 9, 11), the Court determines that the appeal is frivolous and is not taken in good faith and that *in forma pauperis* status should be revoked.

**IT IS THEREFORE ORDERED:**

(1) The docket shall reflect that the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rules of Appellate Procedure 24(a)(3)(A), that any appeal of this decision is not taken in good faith and *in forma pauperis* status is revoked.

/ / /

/ / /

1       (2)    The Clerk of Court must forward a copy of this Order to the Ninth Circuit
2 Court of Appeals.
3       Dated this 18th day of October, 2018.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge